June 06, 2008

Mr. Christopher John Deeves
Ball & Weed, P.C.
10001 Reunion Place Blvd., Ste. 600
San Antonio, TX 78216

Honorable Barbara H. Nellermoe
45th District Court
100 Dolorosa Street
San Antonio, TX 78205-3028
Mr. Curtis L. Cukjati
Martin & Cukjati, L.L.P.
1802 Blanco Road
San Antonio, TX 78212

RE: Case Number: 05-0575
 Court of Appeals Number: 04-05-00305-CV
 Trial Court Number: 2003-CI-13501

Style: IN RE METHODIST HEALTHCARE SYSTEM OF SAN ANTONIO, LTD., D/B/A
 METROPOLITAN METHODIST HOSPITAL

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. The stay order issued September 16,
2005 is lifted. The Motion to Consolidate is dismissed as moot.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Mr. Dan Crutchfield |
| |Ms. Margaret G. |
| |Montemayor |